United States District Court

Eastern District of Louisiana

Ruffin

v.                                              CIVIL ACTION NO. 2:00-cv-00119
                                                               SECT B MAG 3
Wahill


The record reflects that a Notice of Removal has been filed in the captioned case; accordingly,

Pursuant to 28 U.S.C. 1447(b), the removing party is directed to file within 10 days:

(1) A list of all parties still remaining in this action;

(2) Copies of all pleadings, including answers, filed by those parties in state court; and

(3) Copies of the return on service of process on those parties filed in state court.

New Orleans, Louisiana, January 13, 2000.

By Direction of the Court

LORETTA G. WHYTE, CLERK



UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JOHN RUFFIN | * | CIVIL ACTION NO.: 00-0119 |
| | * | |
| VERSUS | * | SECTION: |
| | * | |
| VICTOR WAHILL | * | MAGISTRATE: SECT. B MAG. 3 |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * *

**NOTICE OF REMOVAL**

THE PETITION of Victor Wahll, erroneously referred to as Victor Wahill, and North American Van Lines, Inc. respectfully show that:

I.

John Ruffin has filed in the Civil District Court for the Parish of Orleans, State of Louisiana, a suit bearing Docket number 99-16137, Division "A", Section 5, seeking to recover damages as a result of an incident allegedly occurring in the City of New Orleans on or about January 18, 1999.

II.

The action described in paragraph I hereof is a civil action over which this court has original jurisdiction under the provisions of Title 28, United States Code, Section 1332 as amended, and is one which may be removed to this Court pursuant to the provisions of Title 28, United State Code, Section 1441, et. seq. in that this is a civil action wherein the matter in controversy exceeds the sum or value of $75,000 exclusive of interest or costs and is between citizens of different states. There is complete diversity as to the parties to this litigation.

III.

Plaintiff, John Ruffin, at the time this aforementioned action was commenced, was and still is a person of the full age of majority domiciled in the Parish of Orleans, State of Louisiana, as indicated in the introductory paragraph of the petition.

IV.

The defendant, Victor Wahll, was at the time the petition was filed and still is a citizen of Arizona as alleged in Paragraph 1 of the Petition filed by John Ruffin.

V.

The defendant, North American Van Lines, Inc., was at the time of the filing of the petition and still is a foreign corporation incorporated in the State of Delaware with its principal place of business in Fort Wayne, Indiana.

VI.

This notice of removal is being filed within thirty (30) days of service of process on the defendant, North American Van Lines, Inc., which service was made on December 14, 1999, through CT Corporation Systems.

VII.

Victor Wahll and North American Van Lines, Inc. attach hereto a copy of the pleadings served upon them in this cause, and North American Van Lines, Inc. acknowledges that its agent for service of process, CT Corporation Systems, received its copy of this Petition and Citation on December 14, 1999. (See attachment 1, Petition and Service of Process Transmittal Form to North American Van Lines, Inc.)

VIII.

Victor Wahll and North American Van Lines, Inc. will pay all reasonable costs and disbursements incurred by reason of this removal proceeding, should it be determined that the cause is not removable, or is improperly removed.

IX.

Victor Wahll and North American Van Lines, Inc. will properly serve written notice of the filing of this Notice of Removal on the plaintiff and a copy of this Notice of Removal will be filed with the Clerk of Court, Civil District Court for the Parish of Orleans, State of Louisiana.

WHEREFORE, petitioners, Victor Wahll and North American Van Lines, Inc., pray that further proceedings in the Civil District Court for the Parish of Orleans, State of Louisiana, bearing docket number 99-16137, Division "A," Section 5, be discontinued and that said suit be removed to the United States District Court for the Eastern District of Louisiana as the law in such cases provides.

Respectfully submitted,

**BASTIAN & BROOKS**

_____
EAVELYN T. BROOKS
Bar No.: 3493
909 Poydras Street, Suite 1200
New Orleans, Louisiana 70112
Telephone: (504) 527-5550
Attorney for Victor Wahill and
North American Van Lines, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleading has been served on all counsel of record to these proceedings and to the Honorable Carolyn Gill-Jefferson of Division "A" of the Civil District Court for the Parish of Orleans, by depositing same in the U. S. Mail, properly addressed and first class postage pre-paid on this 12th day of January, 2000.

_____
EAVELYN T. BROOKS