

MINUTE ENTRY
LEMELLE, J.
April 26, 2000

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

The following cases were called this day to show cause why they should not be DISMISSED. After hearing, **IT IS ORDERED** that said cases be disposed as indicated below:

**99-3150** **Cargill Ferrous International vs. MV DON AKAKI, etc., et al.**
No return of service or answer as to Richmond Shipping Co., Ltd. No answer or default as to defendant, Cypress Maritime Co., Ltd.
**ORDERED: PASSED FOR 4 WEEKS - MAY 24, 2000 AT 9:00 A.M.**

**99-3426** **Fergusson Wild & Co., Ltd. vs. Gulf Coast Dockside, Inc., et al.**
No answer or default as to third-party defendant, Gulf Coast Logistics, Inc.
**ORDERED: DOCKET SATISFIED.**

**99-3523** **Michael D. Woodson vs. Odell Scales, et al.**
No return of service or answer as to defendant, Odell Scales.
**ORDERED: PLAINTIFF'S CLAIMS AND DEMANDS MADE AGAINST DEFENDANT, ODELL SCALES, ARE DISMISSED WITHOUT PREJUDICE FOR PLAINTIFF'S FAILURE TO PROSECUTE.**

**99-3672** **McKesson Corporation vs. Forshag's Drug Store, Inc.**
No answer or default as to defendant, Forshag's Drug Store, Inc.
**ORDERED: DOCKET SATISFIED.**

**00-0093** **Perry E. Futch vs. St. Helena Parish Sheriff's Department, et al.**
No return of service or answer as to all defendants.
**ORDERED: DOCKET SATISFIED.**

DATE OF ENTRY
APR 2 6 2000

Fee
Process
X Dktd
CtRmDep
Doc No. 10

00-0119 **John Ruffin vs. Victor Wahill, et al.**
No answer or default as to defendant, National Union Fire & Casualty Ins. Co.
**ORDERED: DOCKET SATISFIED.**

00-0235 **Lowe, Stein, Hoffman, Allweiss & Hauver, L.L.P. vs. Inntraport International Corporation, et al.**
No return of service or answer as to defendant, Intelnet International, Inc. No answer or default as to defendant, Inntraport International Corporation.
**ORDERED: PASSED FOR 4 WEEKS - MAY 24, 2000 AT 9:00 A.M.**

00-0318 **Curt Dufrene, et al. vs. Chevron USA, Inc.**
No answer or default as to defendant, Chevron USA, Inc.
**ORDERED: DOCKET SATISFIED.**

00-0381 **Vial, Hamilton, Koch & Knox, L.L.P. vs. Transit Management of Southeast Louisiana, Inc.**
No answer or default as to defendant, Transit Management of Southeast Louisiana.
**ORDERED: DOCKET SATISFIED.**

IVAN L.R. LEMELLE
UNITED STATES DISTRICT JUDGE