FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 MAY 26  P 1:41

G. WHYTE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JOHN RUFFIN | CIVIL ACTION |
| VERSUS | NO. 00-0119 |
| VICTOR WAHILL AND NORTH AMERICAN VAN LINES, INC. | SECTION : "B" (3) |

**UNOPPOSED MOTION FOR LEAVE TO FILE PETITION OF INTERVENTION**

**NOW INTO COURT**, through undersigned counsel, comes Sullivan Transfer Company, who requests leave of court to file the attached Petition of Intervention. Opposing counsel has been notified and advised mover that they have no objection to the filing of this Petition of Intervention.

**WHEREFORE**, Sullivan Transfer Company prays that leave of court be granted to file the attached Petition of Intervention.

RESPECTFULLY SUBMITTED:

BY: _/s/ William S. Bordelon_
WILLIAM S. BORDELON
Bar No. 3251
407 Roussell St., P.O. Drawer 2317
Houma, Louisiana 70361-2317
Telephone: (504) 851-4241
Counsel for Sullivan Transfer Company

DATE OF ENTRY
MAY 31 2000

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the above and foregoing has been served upon counsel for all parties by placing same in the U.S. Mail, postage prepaid and properly addressed on this 25th day of May, 2000.

_____
WILLIAM S. BORDELON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JOHN RUFFIN | CIVIL ACTION |
| VERSUS | NO. 00-0119 |
| VICTOR WAHILL AND NORTH AMERICAN VAN LINES, INC. | SECTION : "B" (3) |

## ORDER

CONSIDERING THE FOREGOING Unopposed Motion for Leave to File Petition of Intervention;

IT IS HEREBY ORDERED that Sullivan Transfer Company be, and it is hereby granted leave of court to file the attached Petition of Intervention.

**THUS DONE AND SIGNED** this 30th day of May, 2000, at New Orleans, Louisiana.

_____
UNITED STATES DISTRICT JUDGE