```
                                    FILED
                              U.S. DISTRICT COURT
                             EASTERN DISTRICT OF LA

                             2000 OCT 20  PM 4:18

                              LORETTA G. WHYTE
                                   CLERK
```

**MINUTE ENTRY**
**AFRICK, M.J.**
**October 20, 2000**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

**JOHN RUFFIN**                                    CIVIL ACTION NO. 00-0119

versus                                             SECTION: "B" (3)

**VICTOR WAHILL, ET AL**

     A settlement conference is scheduled in the above-captioned case on November 7, 2000, at 10:00 A.M., in the undersigned U.S. Magistrate Judge's chambers, located at 501 Magazine Street, Room 335, New Orleans, Louisiana.

     **On or before November 1, 2000**, each party shall submit to the undersigned Magistrate Judge an in-camera letter/memorandum, **no longer than three pages double spaced**, outlining their settlement position. The letter/memorandum may be faxed directly to my chambers at 504-589-7608. All counsel are to have access to someone with full authority.

                                       LANCE M. AFRICK
                                       UNITED STATES MAGISTRATE JUDGE

_____
**CLERK TO NOTIFY ALL COUNSEL**

DATE OF ENTRY
OCT 2 3 2000

Fee _____
Process _____
Dktd _____
CtRmDep _____
Doc.No. _____