```
                                          FILED
                                    U.S. DISTRICT COURT
                                    EASTERN DISTRICT OF LA

                                    2000 NOV -9  PM 12:08

                                    LORETTA G. WHYTE
                                         CLERK
```

**MINUTE ENTRY**
**AFRICK, M.J.**
**November 7, 2000**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

JOHN RUFFIN                                    CIVIL ACTION NO. 00-0119

versus                                         SECTION: "B" (3)

VICTOR WAHILL, ET AL


A settlement conference was held on this date. Following discussions amongst the parties the above-captioned case has settled. The U.S. District Judge's chambers have been notified. Counsel are thanked for their assistance.

                                              _____
                                              LANCE M. AFRICK
                                              UNITED STATES MAGISTRATE JUDGE


_____
**CLERK TO NOTIFY ALL COUNSEL**


DATE OF ENTRY
NOV 0 9 2000

Fee_____
Process___
X Dktd____
CtRmDep___
Doc.No. 32