

**MINUTE ENTRY**
**LEMELLE, J.**
**November 9, 2000**

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

JOHN RUFFIN                                          CIVIL ACTION

VERSUS                                               NO.  00-119

VICTOR WAHILL                                        SEC. "B"(3)


Before the Court are Defendants Victor Wahill, North American

Van Lines, and National Union Fire Insurance Company's Motion to

Strike a Witness and Expert Reports (Rec. No. 28).  The defendants

seek to strike the reports for noncompliance with the trial order

governing this matter.  The Court has been advised that the

plaintiffs have settled their disputes against the defendant

remaining in the captioned case.  Accordingly,

**IT IS ORDERED** that Defendants Victor Wahill, North American

Van Lines, and National Union Fire Insurance Company's Motion to

Strike a Witness and Expert Reports is hereby **DISMISSED as MOOT.**

_____
IVAN L.R. LEMELLE
UNITED STATES DISTRICT JUDGE

DATE OF ENTRY

NOV 1 3 2000